```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
CARLOS ROJAS,                                    NOT FOR PUBLICATION

                    Plaintiff,

        -against-                                MEMORANDUM AND ORDER

SIGNATURE BANK,                                  18-CV-6757(KAM)(LB)

                    Defendant.
----------------------------------X
```

**MATSUMOTO, United States District Judge:**

On November 27, 2018, plaintiff Carlos Rojas ("plaintiff"), appearing *pro se*, filed the above-captioned action along with a request to proceed *in forma pauperis*. By Order dated March 22, 2019, this court dismissed plaintiff's complaint but granted him thirty (30) days to file an amended complaint. The Order indicated that "if plaintiff fails to comply with this Order within the time allowed, the action shall be dismissed, and judgment shall enter."

Plaintiff has not filed an amended complaint, and the time for doing so has passed. Accordingly, plaintiff is given a final extension to file his amended complaint no later than Monday, June 3, 2019, and if he fails to do so, this action will be dismissed for failure to comply with court orders and to prosecute this action pursuant to Fed. R. Civ. P. 41.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3)

1

that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *See Coppedge v. United States,* 369 U.S. 438, 444-45 (1962).

The Clerk of Court is respectfully directed to mail a copy of this Memorandum and Order to plaintiff and to note service on the docket.

**SO ORDERED.**

Dated: May 23, 2019
        Brooklyn, New York

/s/ USDJ KIYO A. MATSUMOTO
───────────────────────
Hon. Kiyo A. Matsumoto
United States District Judge